Dear Judge Meyer

Thank you so much for taking the time out of your busy schedule to not only meet with me but to "hear" me. It meant a lot to me. As I am sure you can tell this entire situation is extremely difficult for me and my family. I truly appreciate that you as a representative of the courts showed me that you care about me as a person, it is something I haven't felt since March 6th.

As we discussed there is not a minute in my day that I do not regret the choices I made and how the choices negatively affected other families. I am most sincere when I tell you that I look forward to the time when I can put this all behind me and show my community how I have grown and how I can do good for others.

I realize I came across very emotional and negative toward the system but I am hopeful for not only myself but also my fellow inmates that the system can and will get better.

We often discuss how we can as a whole help others once we get out of Danbury Camp.

If there is anything that you care to do to lessen my sentence so I could receive the much needed medical and mental health assistance sooner, I would be gratiful. As you stated at my sentencing I would benefit from proper psychiatric care and I dont believe its possible here at Danbury. If I was confined to my Home I could recieve that care and have the support I so greatly need.
Even if it is ordering Danbury to send me to the Halfway house for a full year

as the regulations say, rather than 6 months it would help a lot

Once agian Thank you so much for coming and considering my well being.

Sincerely
Debra Brage