CLOSED,EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:16−cr−00158−JAM−1

| | |
|---|---|
| Case title: USA v. Biagi | Date Filed: 08/26/2016 |
| | Date Terminated: 01/26/2017 |

Assigned to: Judge Jeffrey A. Meyer

**Defendant (1)**

**Debra Biagi**  represented by  **Tracy Hayes**
*TERMINATED: 01/26/2017*  Federal Public Defender's Office − NH
265 Church St., Suite 702
New Haven, CT 06510−7005
203−498−4200
Fax: 203−498−4207
Email: tracy_hayes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts** | **Disposition**
---|---
FRAUD BY WIRE, RADIO, OR TELEVISION (1) | Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 48 months; supervised release for a total term of 3 years; special assessment of $100.00 shall be paid immediately; restitution of $711,074.39. Restitution payments shall be made upon release, on a monthly basis at a rate of no less than $250.00 per month. Defendant shall surrender on 3/6/2017 at noon.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**
---|---
None |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Christopher W. Schmeisser** |
|---|---|---|
| | | U.S. Attorney's Office–NH |
| | | 157 Church St., 25rd floor |
| | | New Haven, CT 06510 |
| | | 203−821−3754 |
| | | Fax: 203−773−5376 |
| | | Email: Christopher.Schmeisser@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2016 | 1 | INFORMATION as to Debra Biagi (1) count 1. (Gutierrez, Y.) (Entered: 08/29/2016) |
| 08/26/2016 | 2 | WAIVER OF INDICTMENT by Debra Biagi (Gutierrez, Y.) (Entered: 08/29/2016) |
| 08/26/2016 | 3 | Minute Entry for proceedings held before Judge Jeffrey A. Meyer:Waiver/Plea Hearing, Initial Appearance and Bond Hearing as to Debra Biagi held on 8/26/2016, Plea entered by Debra Biagi (1) Guilty Count 1. Personal Recognizance Bond set. ( Sentencing set for 11/21/2016 at 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Jeffrey A. Meyer) Total Time: 1 hours and 1 minutes(Court Reporter Diana Huntington.)(Gutierrez, Y.) (Entered: 08/29/2016) |
| 08/26/2016 | 4 | PLEA AGREEMENT as to Debra Biagi (Gutierrez, Y.) (Entered: 08/29/2016) |
| 08/26/2016 | 5 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Debra Biagi. First Disclosure–PSI due 10/10/2016; Objections Due 10/24/2016; 2nd–Disclosure PSI due 11/3/2016; Defendant's Sentencing Memorandum due 11/7/2016; Government's Response due 11/14/2016. Sentencing set for 11/21/2016 at 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Jeffrey A. Meyer. Signed by Judge Jeffrey A. Meyer on 8/26/2016. (Gutierrez, Y.) (Entered: 08/29/2016) |
| 08/26/2016 | 6 | Personal Recognizance Bond Entered as to Debra Biagi (Gutierrez, Y.) Modified to add correct filed date on 8/29/2016 (Gutierrez, Y.). (Entered: 08/29/2016) |
| 08/26/2016 | 7 | ORDER Setting Conditions of Release as to Debra Biagi Signed by Judge Jeffrey A. Meyer on 8/26/2016. (Gutierrez, Y.) (Entered: 08/29/2016) |
| 08/26/2016 | 9 | ELECTRONIC FILING ORDER as to Debra Biagi – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Jeffrey A. Meyer on 8/26/2016. (Gutierrez, Y.) (Entered: 08/30/2016) |
| 08/29/2016 | 8 | SENTENCING SCHEDULING ORDER as to Debra Biagi. PSI due 10/10/2016; Objection due 10/24/2016; 2nd PSI due 11/3/2016; Defendant's Sentencing Memorandum due 11/7/2016; Government's Response due 11/14/2016 Sentencing set for 11/21/2016 at 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT |

| | | |
|---|---|---|
| | | before Judge Jeffrey A. Meyer.<br>Signed by Judge Jeffrey A. Meyer on 8/26/2016. (Gutierrez, Y.) (Entered: 08/29/2016) |
| 10/02/2016 | 10 | First MOTION to Continue *Sentencing* by Debra Biagi. (Hayes, Tracy) (Entered: 10/02/2016) |
| 10/03/2016 | 11 | ORDER granting 10 Motion to Continue Sentencing as to Debra Biagi (1). Signed by Judge Jeffrey A. Meyer on 10/3/2016. (Gutierrez, Y.) (Entered: 10/03/2016) |
| 10/05/2016 | 12 | SENTENCING SCHEDULING ORDER as to Debra Biagi. PSI due 12/12/2016; Objection due 12/26/2016; 2nd PSI due 1/5/2017; Defendant's Sentencing Memorandum due 1/12/2017; Government's Response due 1/17/2017. Sentencing set for 1/23/2017 at 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Jeffrey A. Meyer.<br>Signed by Judge Jeffrey A. Meyer on 10/5/2016. (Gutierrez, Y.) (Entered: 10/05/2016) |
| 10/05/2016 | 13 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Debra Biagi. First Disclosure–PSI due 12/12/2016; Objections Due 12/26/2016; 2nd–Disclosure PSI due 1/5/2017; Defendant's Sentencing Memorandum due 1/12/2017; Government's Response due 1/17/2017. Sentencing set for 1/23/2017 at 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Jeffrey A. Meyer.<br>Signed by Judge Jeffrey A. Meyer on 10/5/2016. (Gutierrez, Y.) Entry Modified to correct sentencing date on 10/5/2016 (Gutierrez, Y.). (Entered: 10/05/2016) |
| 12/29/2016 | 17 | SENTENCING SCHEDULING ORDER as to Debra Biagi. Sentencing set for 1/20/2017 at 3:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Jeffrey A. Meyer.<br>Signed by Judge Jeffrey A. Meyer on 12/29/2016. (Gutierrez, Y.) (Entered: 12/29/2016) |
| 01/13/2017 | 21 | SENTENCING MEMORANDUM by Debra Biagi (Hayes, Tracy) (Entered: 01/13/2017) |
| 01/17/2017 | 22 | SENTENCING MEMORANDUM by Debra Biagi (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Hayes, Tracy) (Entered: 01/17/2017) |
| 01/18/2017 | 23 | SENTENCING MEMORANDUM by USA as to Debra Biagi (Attachments: # 1 Exhibit Schedule A, # 2 Exhibit Tab A, # 3 Exhibit Tab B)(Schmeisser, Christopher) (Entered: 01/18/2017) |
| 01/19/2017 | 24 | SENTENCING MEMORANDUM by Debra Biagi (Attachments: # 1 Exhibit K, # 2 Exhibit L)(Hayes, Tracy) (Entered: 01/19/2017) |
| 01/19/2017 | 25 | SENTENCING MEMORANDUM by Debra Biagi (Hayes, Tracy) (Entered: 01/19/2017) |
| 01/20/2017 | 26 | Minute Entry for proceedings held before Judge Jeffrey A. Meyer:Sentencing as to Debra Biagi held on 1/20/2017. Total Time: 3 hours and 28 minutes(Court Reporter Diana Huntington.)(Gutierrez, Y.) (Entered: 01/23/2017) |
| 01/20/2017 | 27 | Sentencing Marked Exhibit List by USA, Debra Biagi as to Debra Biagi (Gutierrez, Y.) (Entered: 01/23/2017) |
| 01/24/2017 | 29 | |

|  |  | Instrument Returned. Government's Exhibit Returned as to Debra Biagi. (Gutierrez, Y.) (Entered: 01/24/2017) |
|---|---|---|
| 01/24/2017 | 30 | Instrument Returned. Defendant's Exhibit Returned as to Debra Biagi. (Gutierrez, Y.) (Entered: 01/24/2017) |
| 01/26/2017 | 32 | JUDGMENT as to Debra Biagi (1), Count 1, Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 48 months; supervised release for a total term of 3 years; special assessment of $100.00 shall be paid immediately; restitution of $711,074.39. Restitution payments shall be made upon release, on a monthly basis at a rate of no less than $250.00 per month. Defendant shall surrender on 3/6/2017 at noon. (Restitution Order due by 4/26/2017). Signed by Judge Jeffrey A. Meyer on 1/26/2017. (Gutierrez, Y.) (Entered: 01/26/2017) |
| 01/31/2017 | 33 | RESTITUTION ORDER as to Debra Biagi<br>Signed by Judge Jeffrey A. Meyer on 1/31/2017. (Gutierrez, Y.) (Entered: 01/31/2017) |
| 08/05/2017 | 34 | NOTICE as to Debra Biagi. The Court received the attached letter from Ms. Biagi. Signed by Judge Jeffrey A. Meyer on 8/5/2017. (Levenson, C.) (Entered: 08/05/2017) |
| 08/31/2020 | 35 | Probation Jurisdiction Transferred to Eastern District of Pennsylvania as to Debra Biagi.(Freberg, B) (Entered: 09/01/2020) |